**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Amborui Electronic Tech. Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:25-cv-9392 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION**
**TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own order, Plaintiff Amborui Electronic Tech. Co., Ltd. ("Plaintiff"), by its counsel, seeks to extend the Temporary Restraining Order granted and entered by the Court on August 13, 2025 (the "TRO") [Dkt. No. 19] for a period of fourteen (14) days until September 10, 2025.

On August 13, 2025, the Court entered the TRO against the Defendants identified on the Schedule A to the Amended Complaint. [Dkt. No. 19]. However, Plaintiff did not receive a copy of the TRO until August 20, 2025. Declaration of Faye Yifei Deng ("Deng Decl.") at ¶ 2. Upon receiving the TRO, plaintiff immediately served the TRO on third-party online platforms on August 20, 2025. *Id.* As of August 26, 2025, the third-party online platforms have not completed effectuating the TRO. Deng Decl. at ¶ 3. Plaintiff plans to freeze financial accounts identified by the third-party online platforms for the Defendants. *Id.*

Federal Rules of Civil Procedure rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Plaintiff respectfully submits that there is good cause to extend the TRO,

since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move assets from their financial accounts to offshore bank accounts, modify the names of their internet stores and registration data and content, change host, redirect traffic to other website in their control. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In consideration of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until September 10, 2025, at which time Plaintiff shall present a motion for entry of a preliminary injunction.

Date: August 26, 2025

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Amborui Electronic Tech. Co., Ltd.*